IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **KEVIN LAVELT FREEMAN,** ) | Civil Action No. 7:13-cv-00256 | |
| Plaintiff, ) | | |
| ) | | |
| **v.** ) | **ORDER** | |
| ) | | |
| **N.R.A.D.C.,** ) | By: Hon. Michael F. Urbanski | |
| Defendant. ) | United States District Judge | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered: June 26, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge